**FILED**

DEC - 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\# 161678

Alfred James Foy Jr.
(Name of Plaintiff)

123 Kathy Ellen Dr. H-3
(Address of Plaintiff)

Vallejo, Ca 94591

VCR213131
(Case Number)

2 11 - CV - 3 2 6 2   CMK PC

vs.

Vallejo Police Department
111 Amador St.
Vallejo, Ca 94590
(Names of Defendants)

COMPLAINT

Police Brutality, Excessive force.

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☑ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983      Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)
   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?   ☐ Yes   ☒ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ☐ Yes   ☒ No
      If your answer is no, explain why not  because I'm in Solano County Jail and my grievance is against Vallejo Police Dept.

   C. Is the grievance process completed?   ☐ Yes   ☒ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant Vallejo Police Dept is employed as Police Officers at Vallejo Police Dept.

   B. Additional defendants Fairfield police department also patrol officers. All uniformed officers from both Fairfield and Vallejo.

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

While at Grant St. residence in Vallejo, Ca on 11/18/11 saw several police officers approaching for unknown reasons so I got scared and ran. When they caught me on Sonoma St, they told me to freeze or they would blow my fucking head off, so I complied and laid face down on the ground. They first shot me with a Tazer, then 10 or 12 officers ambushed me from behind, beating me with their clubs putting 22 staples in head, dogs were released on me then and allowed to bite me several times before being called off. Leaving me lay bloody while officers stomp & punch me.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like some compensation for all the injuries, pain and suffering, false charges, time in jail and put a stop to this excessive force this police department is exercising on its suspects. I would also like to see some kinds of suspension or discipline handed down to these officers

Signed this 25th day of November, 2011.

_Alfred Fey_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

11/25/11
(Date)

_Alfred Fey_
(Signature of Plaintiff)