UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED JAMES FOY,

        Plaintiff,                No.  2:11-cv-3262 MCE CMK P

vs.

VALLEJO POLICE DEPT., et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

     Alfred James Foy, inmate #161678, a necessary and material witness in proceedings in this case on January 23, 2017, is confined in Solano County Jail, Claybank Detention Facility, in the custody of the Sheriff; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court before Judge Morrison C. England, Jr., 14th Floor, Courtroom 7, United States District Courthouse, 501 I Street, Sacramento, California on January 23, 2017, at 9:00 a.m.

     ACCORDINGLY, IT IS ORDERED that:

     1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

     2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

     3.  The Clerk of the Court is directed to serve a copy by fax on the Sheriff of Solano County at the Claybank Detention Facility (707) 421-6998, and serve a copy on the United States Marshal.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Sheriff of Solano County, Claybank Detention Facility, 2500 Claybank Road, Fairfield, CA 94533:**

     **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 18, 2017

*/s/ Craig M. Kellison*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE