# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED JAMES FOY,                          No. 2:11-cv-3262-MCE-CMK-P

    Plaintiff,

 vs.                                              ORDER

VALLEJO POLICE DEPARTMENT,

    Defendant.

_____/

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to file an amended complaint (Doc. 132).

    Plaintiff is informed that this case is closed. This case was set for jury trial on January 23, 2017. On day one of those proceedings, plaintiff moved to continue the trial, which was denied. Plaintiff then moved to dismiss his case, which was granted by the court with no objection from the defense. Judgment was entered on February 22, 2017. Plaintiff is now attempting to reopen this closed case by way of amending his complaint. Such proceedings are not authorized. As such, his motion to file an amended complaint will be denied. Plaintiff is advised that any additional documents filed in this case will be disregarded and no order will

1

issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to file an amended complaint (Doc. 132) is denied.

DATED: April 20, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE